# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD KATES,<br><br>      *Petitioner*,<br>v.<br><br>TERRY MOORE<br>JOHN FARMER,<br><br>      *Respondents*. | Civ. Action No. 00-2729 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the Opinion filed herewith, and good cause appearing,

**It is** on this 27th day of August, 2009, hereby

**ORDERED** that the petition for a writ of a habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**; and it is further

**ORDERED** that a certificate of appealability shall not issue from this Court; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

                                            /s/  Katharine S. Hayden

                                            Hon. Katharine S. Hayden<br>
                                            United States District Judge